JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RHANE LEON MOORE,<br><br>    Plaintiff,<br><br>v.<br><br>SOUTHWEST CREDIT SYSTEMS, L.P. et al.,<br><br>    Defendant. | Case No. 5:23-cv-01538-SB-kk<br><br>ORDER OF DISMISSAL |

    On December 6, 2023, Plaintiff filed a notice of settlement with Defendant Synovus Financial Corp b/b/a First Progress Card.  Dkt. No. 57.  Plaintiff has already dismissed all other Defendants except Experian Information Solutions, Inc., as to which it filed a notice of settlement on November 7, 2023.  This action is therefore dismissed in its entirety without prejudice, and the December 15 status conference is VACATED.  For 45 days from the date of this order, the Court retains jurisdiction to vacate this order and to reopen the action nunc pro tunc on motion of any party.  By operation of this order and without further court action, the dismissal in this case will convert to a dismissal with prejudice on the 46th day, absent a timely motion to vacate and reopen.  If the case is reopened, the parties should be prepared for an expedited trial schedule.

    The Court expects the parties to finalize their settlements or else move to reopen the case for prosecution within the next 45 days as ordered above.  *Should the parties file any document that contains a request to extend the deadline for purposes of completing the settlements, counsel for the remaining parties shall submit **at least seven days before the deadline** a declaration with a detailed timeline of all the efforts made to complete the settlements, and the parties shall be prepared to appear in court with a client representative to explain why the settlements could not be completed in the time allowed.*   IT IS SO ORDERED.

Date: December 6, 2023

                                                              Stanley Blumenfeld, Jr.
                                                            United States District Judge